UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HELOISA DE OLIVEIRA,

Plaintiff,

-against-

SWIFT PAN-AMERICAS, INC., et ano.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 8/24/2026

26-cv-1146 (LAK)

**ORDER DISMISSING CASE**

LEWIS A. KAPLAN, *District Judge.*

The mediator having reported that agreement between the parties was reached on all issues, this case is dismissed with prejudice and without costs subject to the right to reinstate by serving and filing a notice to that effect, on or before, September 23, 2026, if the settlement is not consummated by then.

SO ORDERED.

Dated: August 24, 2026

Lewis A. Kaplan
United States District Judge